■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LORDE YOUNG, Appellant. [28 NYS3d 877]—Judgment, Supreme Court, New York County (Ronald A. Zweibel, J.), rendered December 6, 2012, convicting defendant, upon his plea of guilty, of grand larceny in the fourth degree, and sentencing him to a term of one year, unanimously affirmed.

The sentencing court properly found that it had no discretion to defer defendant's mandatory surcharge (see People v Jones, 26 NY3d 730 [2016]). Concur—Acosta, J.P., Renwick, Manzanet-Daniels, Kapnick and Gesmer, JJ.